# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON REYER,** | : CIVIL ACTION |
| **Plaintiff,** | : |
| v. | : No. 15-1300 |
| **SAINT FRANCIS COUNTRY HOUSE, et al.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW,** this 20th day of March, 2017, upon consideration of "Motion for Summary Judgment of Defendants" (Doc. No. 41) and the response thereto, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**